IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

    Petitioner,                  No. CIV S-03-1120 FCD KJM P

    vs.

D.L. RUNNELS,

    Respondents.              ORDER

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner has raised a number of issues, including claims that both trial lawyers failed to provide him the effective assistance of counsel guaranteed by the Sixth Amendment.

        Although respondent has lodged the Clerk's and Reporter's Transcripts of petitioner's trial, these records do not include petitioner's requests to have trial counsel replaced. See People v. Marsden, 2 Cal.3d 118 (1970).

        Under the authority of Rule 5 (c) of the Rules Governing Section 2254 Cases, the court directs respondent to ensure the court receives the following materials under seal within thirty days of the date of this order:

/////

1

1. Reporter's Transcript of <u>Marsden</u> hearing held November 4, 1998.  CT 30; RT 1-10.

2. Reporter's Transcript of <u>Marsden</u> hearing held on February 1, 1999.  CT 84; RT 26-38.

3. Reporter's Transcript of <u>Marsden</u> hearing held on February 2, 1999.  CT 85; RT 50-51.

4. Reporter's Transcript of <u>Marsden</u> hearing held on March 22, 1999.  CT 109; RT 77-92.

5. Reporter's Transcript of <u>Marsden</u> hearing held on August 23, 1999.  CT 591; RT 1121-1136.

6. Clerk's Transcript of exhibits in support of <u>Marsden</u> hearing.  CT 592-691.

IT IS SO ORDERED.

DATED: July 19, 2005.

_____
UNITED STATES MAGISTRATE JUDGE