IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

    Petitioner,                              No. CIV S-03-1120 FCD KJM P

    vs.

D.L. RUNNELS,

    Respondents.                          <u>ORDER</u>

_____/

        By an order filed July 20, 2005, respondent was directed to obtain and lodge the following state court <u>Marsden</u>[1] transcripts within thirty days of the date of that order:

        1. Reporter's Transcript of <u>Marsden</u> hearing held November 4, 1998. CT 30; RT 1-10.

        2. Reporter's Transcript of <u>Marsden</u> hearing held on February 1, 1999. CT 84; RT 26-38.

        3. Reporter's Transcript of <u>Marsden</u> hearing held on February 2, 1999. CT 85; RT 50-51.

/////

---

[1] <u>People v. Marsden</u>, 2 Cal.3d 118 (1970).

1

1          4. Reporter's Transcript of <u>Marsden</u> hearing held on March 22, 1999.  CT 109;
2    RT 77-92.
3          5. Reporter's Transcript of <u>Marsden</u> hearing held on August 23, 1999.  CT 591;
4    RT 1121-1136.
5          6. Clerk's Transcript of exhibits in support of <u>Marsden</u> hearing.  CT 592-691.
6          Respondent has neither lodged the transcripts nor sought additional time in which
7    to comply with the court's order.
8          Accordingly, IT IS HEREBY ORDERED:
9          1. Respondent shall lodge the listed transcripts within fifteen days from the date
10   of this order; and
11         2. Within thirty days of the date of this order, counsel for respondent shall show
12   cause why she should not be subject to sanctions for her failure to respond to the order of July 20,
13   2005.
14   DATED:  October 12, 2005.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

25   2
     simm0226.rtx2
26

2