1

2

3

4

5

6

7

8

9

10

11

12

13

14

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

15   **PIERRE EVANS SIMMONS,**                         CIV S-03-1120 FCD KJM P

16                                        Petitioner,    **ORDER**

17          **v.**

18   **D.L. RUNNELS,**

19                                        Respondent.

20

21          GOOD CAUSE APPEARING, Respondent's application for a enlargement of time to

22   November 15, 2005, in which to obtain and lodge reporter's and clerk's transcripts of various

23   *Marsden* motions is GRANTED.

24   Dated: October 26, 2005.

25

26

27   _____
     UNITED STATES MAGISTRATE JUDGE

28

simmons proposed order.wpd