IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PIERRE EVANS SIMMONS,**<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>**D.L. RUNNELS,**<br><br>　　　　　　　Respondent. | CIV S-03-1120 FCD KJM P<br><br>**[PROPOSED] ORDER** |

　　　GOOD CAUSE APPEARING, Respondent's request for additional time to November 30, 2005 to file <u>Marsden</u> transcripts is hereby GRANTED.

Dated: November 16, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1