IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

    Petitioner,                      No. CIV S-03-1120 FCD KJM P

    vs.

D.L. RUNNELS,

    Respondent.                    <u>ORDER</u>

/

        Petitioner is a state prison inmate proceeding in pro per with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On July 20, 2005, the court directed counsel for respondent to lodge specified transcripts with the court. When there had been no response to the order, the court directed respondent once again to lodge the transcripts and to show cause why sanctions should not be imposed.

        On October 25, 2005, counsel for respondent sought additional time to lodge the transcripts and responded to the order to show cause. Counsel explained that the order of July 20, 2005 was placed in the file but not brought to her attention. In light of counsel's current actions to secure and lodge the transcripts the order to show cause of October 13, 2005 is discharged.

/////

1

On October 27, 2005, petitioner filed a motion for sanctions, asking that his petition be granted and the state be barred from further prosecution as a result of counsel's failure to act. However, a respondent's failure to respond to a petitioner's habeas claims does not entitle petitioner to a default judgment. <u>Gordan v. Duran</u>, 895 F.2d 610, 612 (9th Cir. 1990).

Accordingly, IT IS HEREBY ORDERED:

1. The order to show cause of October 13, 2005 is discharged; and

2. Petitioner's October 27, 2005 motion for sanctions is denied.

DATED: November 17, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
simm1120.df