IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

    Petitioner,                   No. CIV S-03-1120 FCD KJM P

  vs.

D.L. RUNNELS,

    Respondent.                ORDER

/

        Petitioner is a state prison inmate proceeding in pro per with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  On July 20, 2005, the court directed counsel for respondent to lodge specified transcripts with the court.  When there had been no response to the order, the court directed respondent once again to lodge the transcripts and to show cause why sanctions should not be imposed.

        On October 25, 2005, counsel for respondent sought additional time to lodge the transcripts and respond to the order to show cause.  She sought additional time on November 14, 2005.  Both extension requests were granted.

        On October 27, 2005, petitioner filed a motion for sanctions, asking that his petition be granted and the state be barred from further prosecution as a result of counsel's failure to act.  The court denied the motion on November 18, 2005.

1       On or about November 19, 2005, the state Court of Appeal for the Third Appellate
2  District provided the requested transcripts under seal to this court.
3       On November 28, 2005, petitioner filed an amended motion for sanctions,
4  suggesting that respondent was crafting new procedures by presenting the November 14 request
5  for additional time to "another magistrate judge, the Honorable Magistrate, Frank C. Damrell," in
6  violation of Local Rule 63-122.  He also argues that respondent's counsel did not have the
7  authority to serve a copy of the November 14 request for additional time on him; in his view,
8  only the Clerk of the Court has this authority.  Petitioner's unorthodox views do not support his
9  request for sanctions.
10      The Honorable Frank C. Damrell is the District Judge to whom this case is co-
11 assigned, with the undersigned acting as the Magistrate Judge on the case.  By sending the
12 request for additional time to Judge Damrell, respondent was not attempting to circumvent the
13 authority of this court.  Moreover, as petitioner now knows, the November 14 request was
14 granted by the undersigned.
15      Under Federal Rule of Civil Procedure 5(a), "every pleading subsequent to the
16 original complaint . . . , every written motion other than one which may be heard ex parte . . .
17 shall be served upon each of the parties."  Respondent's service on petitioner of the request for
18 an extension of time and the proposed order was in compliance with this rule.
19      Accordingly, IT IS HEREBY ORDERED that petitioner's November 28, 2005
20 amended motion for sanctions is denied.
21 DATED:  December 23, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
simm1120.sanx2